*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
WOODARD, HITESMAN, and CRISFIELD,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**William J. MAY**
Private First Class (E-2), U.S. Marine Corps
Appellant

**No. 201800328**

Decided: 20 June 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judges: Lieutenant Colonel Emily A. Jackson-Hall, USMC (arraignment); Lieutenant Colonel Forrest W. Hoover, USMC (motion hearing); Major Terrance J. Reese, USMC (trial). Sentence adjudged 2 August 2018 by a general court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence approved by convening authority: reduction to E-1, confinement for 10 months, and a bad-conduct discharge.

For Appellant: Captain Thomas R. Fricton, USMC.

For Appellee: Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court